1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11  JOYCE DEMPSEY, individually, and on            No.  2:21-CV-02300-KJM-DB
    behalf of other members of the general
12  public similarly situated,

13                    Plaintiff,

14         v.

15  RALEY'S, a California corporation; and
    DOES 1 through 100,
16
                      Defendant.
17                                                  No.  2:21-cv-02354-JAM-KJN

18  _____

19  JOYCE DEMPSEY, and SYLVIA                       **RELATED CASE ORDER**
    REDDING, individually, and on behalf of
20  other members of the general public
    similarly situated,
21
                      Plaintiff,
22
           v.
23
    RALEY'S, a California corporation; and
24  DOES 1 through 100,

25                    Defendant.

26

27

28

                                       1

1    Examination of the above-captioned actions reveals that they are related within the

2 meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same

3 question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

4 substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of

5 these matters to the same judge is likely to effect a substantial savings of judicial effort and is

6 likely to be convenient for the parties.

7    The parties should be aware that relating cases under Rule 123 causes the actions

8 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

9 cases are generally assigned to the judge and magistrate judge to whom the first filed action was

10 assigned.

11    As a result, it is hereby ORDERED that 2:21-cv-02354 is reassigned from District

12 Judge John A. Mendez to the undersigned and from Magistrate Judge Kendall J. Newman to

13 Magistrate Judge Deborah Barnes.  Henceforth, the caption on documents filed in the reassigned

14 case shall be shown as: 2:21-cv-02354-KJM-DB.

15    It is further ORDERED that the Clerk of the Court make appropriate adjustment in

16 the assignment of civil cases to compensate for this reassignment.

17    IT IS SO ORDERED.

18 DATED:  March 24, 2022.

19

20

21    CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28